IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. LEWIS,

Plaintiff, No. CIV S-05-1044 DFL GGH P

vs.

M. PEREZ, et al.,

Defendants. FINDINGS & RECOMMENDATIONS

_______________________________/

Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on May 26, 2005. Plaintiff paid the filing fee of $250.00. The court's own records reveal that on April 27, 2005, plaintiff filed a complaint and paid a filing fee of $250.00, containing virtually identical allegations against the same defendants. (No. CIV S-05-0831 GEB JFM P).

Accordingly, IT IS HEREBY RECOMMENDED that due to the duplicative nature of the present action this case be dismissed. See Fed. R. Civ. P. 41(b); and the Financial Department of the Court be directed to refund plaintiff's payment of $250.00.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 6/15/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
lewi1044.dup