1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD J. LEWIS,

11              Plaintiff,              No. CIV S-05-1044 DFL GGH P

12        vs.

13   M. PEREZ, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19         On June 16, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   \\\\\

1              1.  The findings and recommendations filed June 16, 2005, are adopted in full;

2  and

3              2.  Due to the duplicative nature of the present action, this case is dismissed.  See

4  Fed. R. Civ. P. 41(b); and the Financial Department of the Court is directed to refund plaintiff's

5  payment of $250.00.

6  DATED: 8/22/2005

7

8

9  _____
   DAVID F. LEVI
10                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26